IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 09-cv-00122-PAB-KLM

CHERYL LEDER,

    Plaintiff,

v.

HAROLD JOHNSON, et al.,

    Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter comes before the Court on defendant's Notice of Withdrawal [Docket No. 25] of Defendants' Motion to Dismiss Harold Johnson. The Court deems such notice to be a motion to withdraw defendants' Motion to Dismiss for Failure to Prosecute [Docket No. 16] and the motion is granted. Therefore, it is

    ORDERED that defendants' Motion to Dismiss for Failure to Prosecute [Docket No. 16] is withdrawn.

    DATED April 29, 2009.